# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| ANTHONY L. SUMMERS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:08-CV-220 |
| NATHANIEL QUARTERMAN, ET AL. | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Anthony L. Summers, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff sought leave to proceed *in forma pauperis*. Following an evidentiary hearing, the magistrate judge recommended denying plaintiff's motion to proceed *in forma pauperis*, and dismissing the action pursuant to 28 U.S.C. § 1915(g), unless plaintiff paid the filing fee within ten days. Plaintiff did not pay the filing fee. On August 3, 2008, the complaint was dismissed without prejudice. Plaintiff filed a notice of appeal, but the appeal was dismissed due to plaintiff's failure to pay the docketing fee.

On August 28, 2008, plaintiff filed a motion to reinstate the case. Because the motion was filed more than ten days after the judgment was entered, it has been liberally construed as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). *See Shepherd v. International Paper Co.*, 372 F.3d 326, 328 n.1 (5th Cir. 2004).

Federal Rule of Civil Procedure 60 allows the court to grant a party relief from a final judgment for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or misconduct of an adverse party; (4) the

judgment is void; (5) the judgment has been satisfied or it is no longer equitable for the judgment to have prospective application; or (6) any other reason justifying relief. FED. R. CIV. P. 60(b).

Plaintiff has not alleged any grounds warranting relief from the judgment. Plaintiff may not proceed *in forma pauperis* because he did not demonstrate that he was in imminent danger of serious physical injury at the time he filed the lawsuit. Although plaintiff alleged that he had not received treatment for a self-diagnosed medical condition, he admits that he has consistently refused diagnostic testing that would allow the physicians to diagnose and treat him. It is accordingly

**ORDERED** that plaintiff's motion for relief from judgment (document no. 55) is **DENIED**.

**SIGNED** this the **25** day of **November, 2008.**

_____
Thad Heartfield
United States District Judge